UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-------------------------------------------------------------------X

JUAN CARLOS RESTREPO-SUARES, aka
JUAN CARLOS RESTREPO-SUAREZ aka
BARBAS

                Petitioner,

     -against-

UNITED STATES OF AMERICA

                Respondent.

-------------------------------------------------------------------X

Civil No. _____

Crim. No. 04-034-06 (JDB)

**NOTICE OF MOTION
TO VACATE THE SENTENCE
PURSUANT TO 28 U.S.C. 2255**

To:    A.U.S.A. Lawrence Schneider

Counsel:

     PLEASE TAKE NOTICE THAT the defendant, Juan Carlos Restrepo-Suarez, moves this Court for an Order vacating his sentence and ruling that he must be re-sentenced.

     PLEASE TAKE FURTHER NOTICE that counsel will rely upon the attached declaration (Exhibit A) and Memorandum of Law (Exhibit B) in support of this motion to dismiss.

                                                             PAUL R. NALVEN, Esq.
                                                            D.C. Bar No. NY0067
                                                             Nalven & Schacht
                                                             350 Fifth Avenue
                                                             Suite 1422
                                                              New York, new York 10118
                                                             (212) 616-5540

March 6, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-------------------------------------------------------------------X
JUAN CARLOS RESTREPO-SUARES, aka
JUAN CARLOS RESTREPO-SUAREZ aka
BARBAS                                                    Civil No. _____
              Petitioner,

          -against-                               Crim. No. 04-034-06 (JDB)

UNITED STATES OF AMERICA                  **DECLARATION**

              Respondent.
-------------------------------------------------------------------X

    PAUL R. NALVEN, Esq., hereby declares under the penalties of perjury:

1. I am the attorney of record for the defendant in this case, whose true name is Juan Carlos Restrepo-Suarez. I make this declaration in support of defendant's motion for an Order vacating his sentence and for re-sentencing.

2. The basis for the motion is that the defendant was sentenced based upon an incorrect advisory sentence guideline range and one that, unless corrected, would be different than that used by the Court in sentencing co-defendants who should all have the same advisory sentence guideline range.

3. The defendant pled guilty to being a member of a conspiracy to import and distribute cocaine and on January 31, 2007 to 72 months in prison. More than seven days after the sentence,[1] as the Court itself recently ruled (<u>see</u> the

---

[1] This time lapse prevented the Court from modifying the sentence under Federal Rule of criminal Procedure 35(a).

Court's Order[2] of February 21, 2007), it became apparent that a lower advisory sentencing range would most likely have been appropriate in the case and this lower range "might have affected the sentence imposed" (**see** page 1 of the Court's Order, dated February 21, 2007). The correct range is 46 to 57 months, as opposed to the 70 to 87 month range that was used in the sentencing.

4. The defendant now moves to be re-sentenced based upon the correct advisory sentencing range, a change which might result in a lower sentence.

5. I have spoken with prosecutor Lawrence Schneider, and he informed me that the government consents to the defendant being re-sentenced.

6. As outlined in the attached Memorandum of Law, this Court may only grant this motion if it finds that there are "extraordinary circumstances" present that warrant the sentence's vacatur. Here, there are two main reasons for the Court to find that extraordinary circumstances are present that justify granting this motion.

7. First, a complete direct appeal to the Court of Appeals would be both time-consuming and unnecessary; time consuming because of the relative complexity of preparing and filing an appeal (in addition to the waste of

---

[2] The Court's Order details the case's factual and legal history but, for the purposes of the motion, familiarity with it is assumed.

financial resources that would be caused by an appeal) and unnecessary since the government consents to a re-sentencing. Thus, judicial resources would be conserved by not having the Court of Appeals, which is obviously not as familiar with the case as is this Court, waste its time hearing a direct appeal in this case.

8. Second, speedy relief is important here so that the defendant may be sentenced at about the same time as the co-defendants Hernando Rendon Rivera, who is scheduled to be sentenced on March 12, 2007, and Wilson DeJesus Villegas-Jaramillo. This might help the Court to insure that all defendants receive fair sentences based upon the relevant sentencing factors, **see** 18 U.S.C. § 3553 (a), and the correct advisory sentence guidelines.

WHEREFORE, for all of the reasons in this declaration and the attached Memorandum of Law, defendant asks the Court to issue an Order vacating his sentence and scheduling a re-sentencing.

_____
PAUL R. NALVEN, Esq.
D.C.Bar No.NY0067
Nalven & Schacht
350 Fifth Avenue
Suite 1422
New York, New York 10118
(212) 616-5540

6th day of March, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-------------------------------------------------------------------X
JUAN CARLOS RESTREPO-SUARES, aka
JUAN CARLOS RESTREPO-SUAREZ aka
BARBAS                                                                     Civil No. _____
                Petitioner,

       -against-                                                  Crim. No. 04-034-06 (JDB)

UNITED STATES OF AMERICA                             **CERTIFICATE OF SERVICE**


                Respondent.
-------------------------------------------------------------------X

    My name is Alexei Schacht; I am over 18 years of age and am not a party to this action.

    On this 6th day of March, 2007, I personally served on the below-listed attorney the attached motion and supporting papers:

    Larry Schneider, Esq.
    U.S. Department of Justice
    1400 New York Avenue, N.W.
    Room 11-300
    Washington, D.C. 20001

                                                    _____
                                                           Alexei Schacht

March 6, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-------------------------------------------------------------------X
JUAN CARLOS RESTREPO-SUARES, aka             **PROPOSED ORDER**
JUAN CARLOS RESTREPO-SUAREZ aka
BARBAS                                       Civil No. _____
                Petitioner,

        -against-                          Crim. No. 04-034-06 (JDB)

UNITED STATES OF AMERICA

                Respondent.
-------------------------------------------------------------------X

    This matter having come before the Court on the application of Paul R. Nalven., attorney for the defendant, Juan Carlos Restrepo-Suares, for an order, and for good cause shown,

    IT IS THE FINDING OF THIS COURT that judicial economy would be served by a vacatur of the Judgment in this matter, entered on February 1, 2007 and a re-sentencing hearing at a future date to be set by the Court.

    WHEREFORE, IT IS SO ORDERED on this _____ day of March, 2007.


                                            _____
                                            HONORABLE JOHN D. BATES
                                            UNITED STATES DISTRICT JUDGE

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS
Juan Carlos Restrepo-Suares

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Nalven & Schacht, 350 5th Ave., Ste.
N.Y., N.Y. 10118, (212) 616-5540

## DEFENDANTS
United States of America

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

CASE NUMBER  1:07CV00450
JUDGE: John D. Bates
DECK TYPE: Habeas Corpus/2255
DATE STAMP: 03/03/2007

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP FOR PLAINTIFF

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☒ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

No Summons Issued

| ☒ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☒ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ Multi district Litigation    ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 U.S.C. Section 2255: vacate sentence and resentence defendant

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐    **DEMAND $**    Check YES only if demanded in complaint
**JURY DEMAND:** ☐ YES    ☐ NO

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    ☒ YES    ☐ NO    If yes, please complete related case form.

DATE 3/6/07    SIGNATURE OF ATTORNEY OF RECORD   *[signature]*

3/7/07

JTC

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

    I.      COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

    III.      CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

    IV.      CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

    VI.      CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

    VIII.      RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.