CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING   MAR - 7 2007
IN THIS OR ANY OTHER U'

CASE NUMBER 1:07CV00450

JUDGE: John D. Bates

DECK TYPE: Habeas Corpus/2255

DATE STAMP: 03/08/2007

NOTICE TO PARTIES:

Pursuant to Rule 405(b)(2), you are required to prepare an related to any pending cases or which involves the same parties and This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

NOTICE TO DEFENDANT:

Rule 405(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

NOTICE TO ALL COUNSEL

Rule 405(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

---

The plaintiff, defendant or counsel must complete the following:

1. **RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).**

   A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(e's) below.]

   [ ] (a)   relates to common property

   [X] (b)   involves common issues of fact

   [X] (c)   grows out of the same event or transaction

   [ ] (d)   involves the validity or infringement of the same patent

   [ ] (e)   is filed by the same pro se litigant

2. **RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)**

   A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the <u>same</u> parties and <u>same</u> subject matter.

   Check box if new case is related to a dismissed case: [ ]

3. NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):

   _____

4. CAPTION AND CASE NUMBER OF RELATED CASE(E'S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

   United States _____ v. _____ Juan Carlos Restrepo-Suares   Cr.No.04-34-06
                                                       C.A. No._____

   March 6, 2007                  [signature]                              JDB
   _____             _____
   DATE                           Signature of Plaintiff/Defendant (or counsel)